**Mabel WORKMAN, as County Treasurer of Smith County, Kansas, et al. v. FIRST NATIONAL BANK OF SMITH CENTER, KANSAS.**

No. 220.

Circuit Court of Appeals, Tenth Circuit.

June 4, 1930.

Relihan & Relihan, of Smith Center, Kan., for appellants.

Wheeler, Brewster & Hunt, of Topeka, Kan., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed June 4, 1930, on stipulation.

∎

**Rudolph WYLK, alias C. B. Adams, alias Charles Friedman, alias C. F. Brentwood, Karl Lonnberg, Michael Gillam, Fred Rohrer, Ernest Whitehead, and Peter Blohm, alias Peter Arthur, Appellants, v. UNITED STATES of America, Appellee.**

No. 373.

Circuit Court of Appeals, Second Circuit.

June 2, 1930.

David V. Cahill, Louis Halle, and Milton R. Kroopf, all of New York City, for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Thomas E. Kerwin, of New York City, of counsel) for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

∎

**John YAMMICK et al. v. UNITED STATES of America.**

No. 169.

Circuit Court of Appeals, Tenth Circuit.

Feb. 17, 1930.

Eugene A. Bond, of Leadville, Colo., and Milnor E. Gleaves, of Denver, Colo., for appellants.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed February 17, 1930, on stipulation.

∎

**YELLOWAY, Incorporated, Appellant, v. H. G. STAFFORD.**

No. 8872.

Circuit Court of Appeals, Eighth Circuit.

March 17, 1930.

John D. Wendorff, of Kansas City, Mo., for appellant.

R. R. Brewster, Jr., of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee, under Rule 16.